## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE _Robert Levy_          DATE: _11/26/25_

DOCKET NUMBER _25 CR 314 (RER)_          LOG #: _11:59 - 12:09_
_25 CR 323 (RPK)_

DEFENDANT'S NAME: _Eric Earnest_
___ Present    _X_ Not Present ___ Custody    _X_ Bail

DEFENSE COUNSEL: _Peter Brill_
___ Federal Defender    ___ CJA    __ appointed by the Court    _X_ Retained

A.U.S.A _____          CLERK: _S M Yuen_

Probation: _____          (Language) _____

__ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

__ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record.

_____ Bail application Hearing held.    _____ Defendant's first appearance.

___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.

_3_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

_____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody.    _____ Leave to reopen granted

_____ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _Bond is now satisfied._

_____
_____
_____