# BRILL LEGAL GROUP, P.C.

Tel: (888) 315-9841  |  www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

June 22, 2026

**Via ECF**
Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>        Re:    *U.S. v. Eric Earnest*
>               *25-cr-323*

Dear Judge DeArcy Hall:

I represent Eric Earnest. With the consent of the government and Pre-Trial Services, I am respectfully requesting that Mr. Earnest be allowed to travel to Little Rock, Arkansas for a family reunion between June 26 and 28, 2026.

Mr. Earnest has provided Pre-Trial Services with the details of his travel plans.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

176 Lexington Avenue
Suite O
New York, NY 10016

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788