**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF/BLW/DIB
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 7, 2026

By ECF and E-Mail

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Eric Earnest
Criminal Docket No. 25-323 (LDH)

Dear Judge Marutollo:

The government respectfully writes in advance of the plea hearing in the above-captioned case, currently scheduled for October 22, 2026, and in response to Your Honor's Order, dated October 6, 2026.

As an initial matter, please note that the applicable statutory penalties and proposed United States Sentencing Guidelines calculation is located within pages one through three of the proposed plea agreement (the "Plea Agreement"). Please also note that, with this filing, we have simultaneously provided Your Honor's chambers with a copy of the Plea Agreement. As such, given that such information is included in the Plea Agreement, the government respectfully submits that "no penalty sheet needs to be filed." See Oct. 6, 2026 Scheduling Order. In addition, with this filing, the government includes an elements sheet for Count One of the Superseding Indictment.

Further, please note that the government seeks no modification to the defendant's bail conditions at this time and no interpreter is needed for the plea hearing.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ David I. Berman
Kaitlin T. Farrell
Benjamin Weintraub
David I. Berman
Assistant United States Attorney
(718) 254-7000

cc: Clerk of Court (LDH) (by ECF)
Counsel of Record (by ECF)