DIB
F. #2024R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against -

ERIC EARNEST,

Defendant.

– – – – – – – – – – – – – – – – – – – – – – X

ELEMENTS SHEET

25-CR-323 (LDH) (S-1)

The government respectfully submits this elements sheet to advise the Court of the elements of Count One of the above-captioned Indictment, which charges the defendant ERIC EARNEST with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349.

## Conspiracy to Commit Wire Fraud

The elements of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 are as follows:

1. Two or more people formed an unlawful agreement to commit the crime of wire fraud in violation of 18 U.S.C. § 1343;

2. The defendant knowingly and intentionally joined the conspiracy.

The elements of wire fraud in violation of 18 U.S.C. § 1343 are as follows:

1. There was a scheme or artifice to defraud or to obtain money or property by materially false and fraudulent pretenses, representations or promises;

2. The defendant knowingly and willfully participated in the scheme or artifice to defraud, with knowledge of its fraudulent nature and with specific intent to defraud; and

3. In the execution of that scheme, the defendant used or caused the use of interstate wires.[2]

Dated: Brooklyn, New York
October 7, 2026

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Kaitlin T. Farrell
Benjamin Weintraub
David I. Berman
Assistant United States Attorneys
(718) 254-7000

---

[2] Adapted from Sand, et al., Modern Federal Jury Instructions, Instruction 44-3.